IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 07-05068-01-CR-SW-DGK |
| Hilda Gomez, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Pending before the Court are Defendant's Motion to Declare Charging Statutes Unconstitutionally Vague (Doc. #59), the Government's Response (Doc. #60), and United States Magistrate Judge James C. England's Report and Recommendation recommending that the motion be denied (Doc. #64).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge England's Report and Recommendations be ADOPTED. Defendant's Motion to Declare Charging Statutes Unconstitutionally Vague (Doc. #59) is hereby DENIED.

**IT IS SO ORDERED**

Date:  September 8, 2008           /s/ Greg Kays
                                   GREG KAYS, JUDGE
                                   UNITED STATES DISTRICT COURT